Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ALEXIS MOORE,<br>        Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a limited liability company; TRANS UNION, LLC, a limited liability company; and DOES 1 through 10, inclusive;<br>        Defendants.<br><br>TRANS UNION, LLC,<br>        Counter-Plaintiff,<br><br>  vs.<br><br>ALEXIS MOORE,<br>        Counter-Defendant. | CASE NO. 2:18-cv-00391-TLN-KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY AND OF TRANS UNION'S COUNTERCLAIM AGAINSTPLAINTIFF IN ITS ENTIRETY** |

Plaintiff Alexis Moore, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed and Trans Union's counter-claim against Plaintiff should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.  This stipulation does not affect Plaintiff's claims against Defendant Equifax which remain pending.

Respectfully submitted,

Date: April 3, 2019

/s/ Octavio Cardona-Loya II
Octavio Cardona-Loya, II, Esq.
Counsel for Alexis Moore

Date: April 3, 2019

*/s/* Eileen T. Booth
Eileen T. Booth, Esq.
Local Counsel for Defendant Trans Union, LLC

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Alexis Moore against Defendant Trans Union, LLC and Trans Union's counter-claim against Plaintiff are dismissed, with prejudice. Plaintiff Alexis Moore and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees. This Dismissal and Order does not affect Plaintiff's claims against Defendant Equifax which remain pending.

Date: April 3, 2019

Troy L. Nunley
United States District Judge